## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA GAERTNER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 23-2452-SPM ) |
| v. | ) ) |
| COMMEMORATIVE BRANDS, INC., d/b/a Balfour & Co., a Delaware Corporation, | ) Judge Stephen P. McGlynn ) ) |
| COMMEMORATIVE BRANDS ILLINOIS, LLC, an Illinois limited liability company, and | ) ) ) ) |
| ICONIC GROUP, INC., a Delaware corporation, | ) ) ) |
| Defendants. | ) |

## **DEFENDANTS' NOTICE OF APPEAL**

Defendants Commemorative Brands, Inc., Commemorative Brands Illinois, LLC, and Iconic Group, Inc. (collectively "Defendants") hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order of this Court, dated May 24, 2024 (ECF Doc. # 30), denying Defendants' Motion to Compel Arbitration and Dismiss or in the Alternative, Stay Claims (ECF Doc. # 24).

Dated: May 30, 2024                    Respectfully submitted,

                                          COMMEMORATIVE BRANDS, INC., COMMEMORATIVE BRANDS ILLINOIS, LLC, and ICONIC GROUP, INC.

                                          By: *s/ Jessica L. Dagley*
                                                One of Their Attorneys

                                                John Roache
                                                Ryan C. Williams
                                                Jessica L. Dagley
                                                AKERMAN LLP
                                                71 South Wacker Drive, 47th Floor
                                                Chicago, IL  60606
                                                (312) 634-5700
                                                ryan.williams@akerman.com
                                                john.roache@akerman.com
                                                jessica.dagley@akerman.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2024 the foregoing Notice of Appeal was filed electronically, using the Court's CM/ECF system, which filing will cause service to be made on all counsel of record.

                                                *s/ Jessica L. Dagley*